**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: March 19, 2008**

Donald E. Calhoun, Jr.
United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | : | Case No.  2-85-0066l |
| Lee Way Holding Company | : | EIN: 3l-415750 |
| | | |
| Debtor | : | Chapter 11 |
| | : | Judge Calhoun |

**ORDER DENYING APPLICATION FOR**
**RELEASE OF UNCLAIMED FUNDS**

This cause came on for consideration of the Application for Release of Unclaimed Funds filed by Omega Consulting on behalf of the Debtor, Lee Way Holding Company (Doc. #5832).  The Court having considered the Motion finds that the Motion failed to be served upon the Trustee, Debtor and Debtor's attorney as required by Local Bankruptcy Rule 9013-3.  The  Motion further failed to give parties-in-interest notice of the right to respond and the twenty (20) days to do so as required by Local Bankruptcy Rule 9013-1.  Accordingly, it is

**ORDERED AND ADJUDGED** that Application for Release of Unclaimed Funds filed by

Omega Consulting on behalf of the Debtor, Lee Way Holding Company (Doc. #5832) is **DENIED**

without prejudice.

**IT IS SO ORDERED.**


Copies to:

Deborah Ecker
50 West Broad Street, Suite 1200
Columbus, Ohio 43215-3374

Frederick M. Luper
50 W. Broad Street, Suite 1200
Columbus, Ohio 43215

Office of the U.S. Trustee
170 North High Street
Suite 200
Columbus, OH 43215

Lee Way Holding Company
2605 Commercial Lane
Columbus, Ohio 43232

Robert Lepelletier, Jr.
5119 A Leesburg Pike #168
Falls Church, VA 22041-3207

Office of U.S. Attorney
303 Marconi Boulevard, Suite 200
Columbus, OH 432l5

Keith Brown, Deputy in Charge


# # #