# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re:                                    §
                                          §
**LEE WAY HOLDING COMPANY**               §    CASE NO: 85-20661
                                          §
         **DEBTOR**                       §
_____/        §

## ORDER RELEASING UNCLAIMED FUNDS

1. This matter comes before the Court upon the motion of Applicant, <u>Omega Consulting</u>, in its capacity as Assignee of Lee Way Holding Company, seeking an entry of an order authorizing payment of unclaimed bankruptcy dividend(s).

2. It appearing to the Court that said Applicant is entitled to receive payment of the unclaimed dividend(s), and that said funds are now on deposit in the Registry of the Court or the United States Treasury, it is ORDERED that the clerk of the Court pay $ 193,582.77 to the order of:

    Lee Way Holding Company
    c/o Omega Consulting

    and mail payment to:

    Omega Consulting
    7706 Pinebrook Dr
    San Antonio, TX 78230

Date: 4/25/08

_____
PRESIDING JUDGE